An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

LA MARCUS GAMBLE A/K/A
LAMARES GAMIZ,
Appellants,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64774

**FILED**

MAY 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is a proper person appeal from an order of the district court denying a motion to withdraw a guilty plea.[1]  Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

In his motion to withdraw his guilty plea filed on November 20, 2013, appellant claimed that his plea was invalid because he was a juvenile and because trial counsel failed to explain the rights he was waiving in the plea agreement.  We conclude that the equitable doctrine of laches precluded consideration of the motion because there was a six-year delay from entry of the judgment of conviction, there was inexcusable delay in seeking relief, an implied waiver exists from appellant's knowing acquiescence in existing conditions, and the State may suffer prejudice from the delay.  *Hart v. State*, 116 Nev. 558, 563-64, 1 P.3d 969, 972

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-15444

(2000). Therefore, the district court did not err in denying appellant's motion, and we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Stefany Miley, District Judge
La Marcus Gamble
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk